**No. 09-9012. Jose Juan Miranda-Ruiz, aka Moises Peralta-Morales, aka Jorge Torres-Gutierrez, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 388, 2010 U.S. LEXIS 2453.

March 22, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 953.